## 73049. CASTOR v. DeKALB COUNTY et al.
### (350 SE2d 487)

BEASLEY, Judge.

Castor files the present direct appeal from an order of the superior court on a writ of certiorari from the Recorder's Court of DeKalb County. Such an appeal is governed by the mandatory discretionary appeal procedures of OCGA § 5-6-35 (a) (1). Having failed to follow proper appellate procedure, Castor has rendered this court without jurisdiction to consider the merits of his claims. *Crews v. State*, 175 Ga. App. 300 (333 SE2d 176) (1985); *Hogan v. Taylor County Bd. of Education*, 157 Ga. App. 680 (278 SE2d 106) (1981).

*Appeal dismissed. Deen, P. J., and Benham, J., concur.*

DECIDED NOVEMBER 6, 1986.

*Darel C. Mitchell*, for appellant.
*Sidney Johnson, Genet McIntosh*, for appellees.